# KIMM LAW FIRM

| | | |
|---|---|---|
| 333 Sylvan Avenue, Suite 106 | | 214-25 42nd Avenue, Suite 2F |
| Englewood Cliffs, New Jersey 07632 | | Bayside, New York 11361 |
| Tel 201-569-2880 | **PLEASE REPLY TO** | |
| Fax 201-569-2881 | **ENGLEWOOD CLIFFS** | Email: msk@kimmlaw.com |

January 31, 2020

By ECF

Hon. Claire C. Cecchi, USDJ
United States District Court
MLK Federal Building & Court House
50 Walnut Street
Newark, NJ 07102

    Re: <u>Baskerville v. Robinson, 18-cv-09873-CCC</u>

Dear Judge Cecchi:

    On this habeas corpus petition, petitioner Martin Baskerville's reply to the State of New Jersey's responsive pleading, if any, was to be filed January 3; but due to back to back trial engagements, I have been delayed and the State, by Assistant Prosecutor Ian Kennedy, has consented to extend our reply date to February 3, 2020, and thus I respectfully request the Court's endorsement.

    Thank you for your consideration.

                                                       Respectfully,

                                                       <u>/s/ Michael Kimm</u>

                                                       Michael S. Kimm, Esq.
                                                       KIMM LAW FIRM
                                                       Attorneys for Petitioner

cc: Ian C. Kennedy, Esq., ECF