| | | |
|---|---|---|
| **MARK MUSELLA**<br>Bergen County Prosecutor | # Office of the County Prosecutor<br><br>County of Bergen<br><br>Two Bergen County Plaza<br>Hackensack, New Jersey 07601<br>(201) 646-2300 | **DENNIS CALO**<br>First Assistant Prosecutor<br><br>**THOMAS MCGUIRE**<br>Executive Assistant Prosecutor<br><br>**JASON LOVE**<br>Chief of Detectives |

March 30, 2022

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
    for the District of New Jersey
Martin Luther King, Jr., Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07012

　　　　Re: <u>Martin Luther Baskerville v. George Robinson, et al.</u>
　　　　　　Civil No. 18-09873 (CCC)

Your Honor:

　　I am the assistant prosecutor assigned to represent respondents in the above-captioned matter filed by petitioner, Martin Luther Baskerville.  I write to inform the Court that Mr. Baskerville's counsel and I have reason to believe that Mr. Baskerville recently passed away.

　　Mr. Baskerville's counsel is in the process of confirming the death with a relative or other appropriate individual.  Counsel or I will inform the Court when the information is confirmed, at which point respondents will argue this matter is moot because the petitioner is deceased.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　MARK MUSELLA
　　　　　　　　　　　　　BERGEN COUNTY PROSECUTOR
　　　　　　　　　　　　　ATTORNEY FOR RESPONDENTS

　　　　　　BY:　/s/　Ian C. Kennedy
　　　　　　　　　　Assistant Prosecutor
　　　　　　　　　　Bergen County Prosecutor's Office