# K<small>IMM</small>  L<small>AW</small> F<small>IRM</small>

| | | |
|---|---|---|
| 333 Sylvan Avenue, Suite 106<br>Englewood Cliffs, New Jersey 07632<br>Tel 201-569-2880<br>Fax 201-569-2881 | **PLEASE REPLY TO**<br>**ENGLEWOOD CLIFFS** | 295 Madison Avenue, 12th Floor<br>New York, New York 10017<br>Tel 917-477-8500<br>Fax 201-569-2881 |

Writer's email:  msk@kimmlaw.com

August 17, 2022

By ECF

Hon. Claire C. Cecchi, USDJ
United States District Court
Martin Luther King Federal Building & Court House
50 Walnut Street
Newark, New Jersey 07102

   Re: <u>Baskerville v. Robinson, 18-cv-09873-CCC</u>

Dear Judge Cecchi:

  Although we have yet to receive a death certificate, we believe, as the State does, that Mr. Baskerville has died.

  As we discussed with Chambers, this matter should be suspended or dismissed without prejudice, and with an opportunity to address the issue of mootness within 60 days.

            Respectfully,

             <u>/s/ Michael Kimm</u>

            Michael S. Kimm
            Attorneys for Petitioner

cc: All counsel by ECF